

# THE THIRTEENTH COURT OF APPEALS

---

## 13-24-00023-CR

---

LUIS GILBERTO CASTILLO
v.
THE STATE OF TEXAS

On Appeal from the
139th District Court of Hidalgo County, Texas
Trial Court Cause No. CR-3110-21-C

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes that certain judgments of the trial court should be affirmed and that other judgments should be vacated. The Court AFFIRMS the judgments of conviction for continuous sexual abuse of a young child (Count I) and indecency with a child by sexual contact (Count II) and VACATES the judgments of conviction for aggravated sexual assault of a child (Counts III & IV).

We further order this decision certified below for observance.

August 29, 2024